IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARY HALEY, *et al.*,

                 Plaintiffs,

v.

KOLBE & KOLBE MILLWORK CO., INC.,

                 Defendants,
   and

FIREMAN'S FUND INSURANCE CO., INC. *et al.*,

                 Intervening Defendants.

ORDER

14-cv-99-bbc

_____

      On June 17, 2015, the court held a telephonic hearing on two discovery motions (and a related motion for leave to file a reply, dkt. **220**, which the court granted). All parties were represented by counsel.

      In discussion with counsel, the court GRANTED defendant's motion (**d**kt. **207**) to compel discovery responses from the intervening insurance companies, but directed the parties promptly to meet and confer in order to tighten and fine-tune the requests.

      The court ended up GRANTING defendant's motion (dkt. **226**) to compel damage disclosures by plaintiffs. Not later than June 26, 2015, plaintiffs must disclose its actual damages calculations for the named class representative plaintiffs. To account for these disclosures, defendant's deadline to disclose expert witness reports is extended two weeks to July 20, 2015.

      The parties flagged some other related issues and concerns, but the court declined to rule on the fly, instead directing counsel to meet, confer and then file motions seeking specific relief from the court.

      Entered this 18th day of June, 2015.

                                     BY THE COURT:

                                     /s/

                                   STEPHEN L. CROCKER
                                   Magistrate Judge