## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MARY HALEY and MICHAEL HALEY,
LESLIE BANKS and JAMES HAL BANKS,
ANNIE BUINEWICZ AND BRIAN
BUINEWICZ, GARY SAMUELS, and
MATTHEW DELLER, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

    v.

KOLBE & KOLBE MILLWORK CO., INC. and
JOHN DOE INSURANCE CARRIER,

        Defendants.

Case No. 14-cv-99

## DECLARATION OF BETH ANN BERGER ZERMAN IN SUPPORT OF FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

STATE OF ILLINOIS   )
                  ) SS:
COUNTY OF COOK   )

I, Beth Ann Berger Zerman, being first duly sworn on oath, attest and states as follows:

1.    I am one of the attorneys for the Intervenor, Fireman's Fund Insurance Company ("FFIC") with respect to the instant matter and make this declaration in support of FFIC's Motion for Partial Summary Judgment. I am an attorney duly licensed to practice law in the State of Illinois and have been admitted to practice in the United States District Court for the Western District of Wisconsin.

2.    The facts stated in this Declaration are based on my personal knowledge and experience in representing FFIC in this action.

4817-0751-0310.1

1

3.     **Exhibit A** is a true and accurate copy of the "Kolbe & Kolbe Window Standard Options for Zaveta Construction" document that the Buinewiczes produced in this litigation, which is labeled Bates No. BUI-0782-0783.

4.     **Exhibit B** is a true and accurate copy of the expert report prepared by Joel Wolf, P.E. of Exponent Failure Analysis Associates and produced by Plaintiffs in this litigation.

5.     **Exhibit C** is a true and accurate copy of Plaintiffs' Damages Disclosure produced on July 2, 2015 in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

AFFIANT FURTHER SAYETH NOT

Beth Ann Berger Zerman

Subscribed and sworn to me on August 3, 2015, by _Lore B Kapelinski_.

Notary Public, State of Illinois

My commission expires _2/21/19_

OFFICIAL SEAL
LORE B KAPELINSKI
Notary Public - State of Illinois
My Commission Expires Feb 21, 2019

4817-0751-0310.1

2