UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARY HALEY et al., | Case No. 14-cv-99 |
| Plaintiffs, | |
| v. | |
| KOLBE & KOLBE MILLWORK CO., INC., | |
| Defendant, | |
| and | |
| FIREMAN'S FUND INSURANCE COMPANY, INC., et al., | |
| Intervenors. | |

## DEFENDANT KOLBE & KOLBE MILLWORK CO., INC.'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES UNDER FEDERAL RULE OF EVIDENCE 702

Defendant Kolbe & Kolbe Millwork Co., Inc. ("Kolbe") hereby moves this Court for an order excluding Plaintiffs' expert witnesses under Federal Rule of Evidence 702, because their opinions are unreliable and/or unhelpful for the jury in this matter. Kolbe brings this motion now because its challenges to the Plaintiffs' proposed experts bear on issues relevant to class certification, and therefore challenges to their admissibility should be addressed at the class certification stage. *See Am. Honda Motor Co. v. Allen*, 600 F.3d 813, 815-16 (7th Cir. 2010); *West v. Prudential Secs., Inc.,* 282 F.3d 935, 938 (7th Cir. 2002).

The grounds for excluding Plaintiffs' experts are set forth in Kolbe's brief in support of this motion.

4847-3678-8005.

Dated this 4th day of September, 2015.

*s/ Gordon Davenport III*
Gordon Davenport III (WI Bar No. 1013931)
Matthew D. Lee (WI Bar No. 1061375)
Krista J. Sterken (WI Bar No. 1081419)
Megan R. Stelljes (WI Bar No. 1092714)
**FOLEY & LARDNER LLP**
150 East Gilman Street
Madison, WI 53703-1482
Post Office Box 1497
Madison, WI 53701-1497
608-257-5035 Phone
608.258.4258 Facsimile
Email: gdavenport@foley.com

*Attorneys for Defendant*
*Kolbe & Kolbe Millwork Co., Inc.*