UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MARY HALEY, et al.,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**KOLBE & KOLBE MILLWORK CO., INC.,**<br><br>    **Defendant,**<br><br>**and**<br><br>**FIREMAN'S FUND INSURANCE COMPANY, INC., et al.,**<br><br>    **Intervenors.** | **Case Number : 14-cv-99** |

## NOTICE OF APPEAL

Notice is hereby given that Mary Haley and Michael Haley, Leslie Banks and James Hal Banks, Annie Buinewicz and Brian Buinewicz, Susan Senyk and Christian Senyk, Terrance McIver and Jean Ann McIver, Patricia Groome and Gary Samuels, Renee Deller and Matthew Deller, and Marie Lohr, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 19th day of July, 2016.

Dated:  August 17, 2016

Respectfully submitted,

*/s/ Michael J. Flannery*
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone:  314.226.1015
Facsimile:  202.789.1819
mflannery@cuneolaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue
Suite 810
Bethesda, MD 20814
Telephone: 202-789-3960
Facsimile: 202-789-1813
charles@cuneolaw.com

Joseph J. DePalma
Susana Cruz Hodge
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0211
jdepalma@litedepalma.com
scruzhodge@litedepalma.com

Dixon R. Gahnz (Bar No. 1024367)
James A. Olson (Bar No. 1009442)
LAWTON & CATES, S.C.
Ten East Doty Street, Suite 400
Madison, WI 53701
Telephone: 608-282-6200
Facsimile: 608-282-6252
DGahnz@lawtoncates.com
jolson@lawtoncates.com

Daniel Cohen
Katherine Van Dyck
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-789-1813
danielc@cuneolaw.com
kvandyck@cuneolaw.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: 215-592-1500
Facsimile: 215-592-4663

-2-

cschaffer@lfsblaw.com

Michael McShane
AUDET & PARTNERS, LLP
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
Telephone: 415.568.2555
Facsimile: 415.568.2556
mmcshane@audetlaw.com

Robert K. Shelquist
Craig S. Davis
Rebecca A. Peterson
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2016, this document was electronically filed via the Court's authorized electronic filing service which will send notifications of filing to all counsel of record.

*/s/ Michael J. Flannery*
Michael J. Flannery