UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY HALEY and MICHAEL HALEY, et al.

        Plaintiffs,

v.

KOLBE & KOLBE MILLWORK CO., INC.

        Defendant,

        and

FIREMAN'S FUND INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

        Intervenors.

Case No. 14-cv-99

_____

## **NOTICE OF APPEAL**

      Intervenor, Fireman's Fund Insurance Company ("Fireman's Fund") by through its undersigned counsel of record, notifies the Court and counsel that Fireman's Fund appeals to the United States Court of Appeals for the Seventh Circuit the ruling in this action denying Fireman's Fund reimbursement of defense costs contained in the District Court's August 25, 2016 Opinion and Order (ECF No. 568).

Dated: 28th day of September, 2016.

                                          Respectfully submitted,
                                          FIREMAN'S FUND INSURANCE COMPANY

                                          By: /s/ Beth Ann Berger Zerman_____
                                          Attorney for Intervenor,
                                          Fireman's Fund Insurance Company

Jeffrey A. Goldwater, Esq. (ARDC No. 6189014)
Beth Ann Berger Zerman, Esq. (ARDC No. 6217484)
**Lewis Brisbois Bisgaard & Smith LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P:  312-345-1718
F:  312-345-1778
Jeffrey.Goldwater@lewisbrisbois.com
BethAnn.Berger@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2016, this document was electronically filed via the Court's authorized electronic filing service which will send notifications of filing to all counsel of record.

By: /s/ Beth Ann Berger Zerman_____