UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARY HALEY et al.,

       Plaintiffs,

v.

KOLBE & KOLBE MILLWORK CO., INC. et al.,    Case No. 14-CV-99-bbc

       Defendant,

and

FIREMAN'S FUND INSURANCE COMPANY, INC.,
et al.

       Intervenor Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Kolbe & Kolbe Millwork Co., Inc., Defendant in the above-named case, through its undersigned coverage counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on August 29, 2016 (Dkt. 568) declaring that neither Intervenor Defendants, Fireman's Fund Insurance Company nor United States Insurance Company, has a duty to defend Defendant Kolbe & Kolbe Millwork Co., Inc. in this case.

1

Dated this 28th day of September 2016.

          DAVIS & KUELTHAU, s.c.

          By: /s/ Susan G. Schellinger
          Susan G. Schellinger
          State Bar No. 1021147
          Aaron E. Hall
          State Bar No. 1055992
          111 E. Kilbourn Avenue, Suite 1400
          Milwaukee, WI 53202

          *Attorneys for Kolbe and Kolbe Millwork Co., Inc.*

P.O. Address:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202

Direct Contact Information:

| | |
|---|---|
| Susan G. Schellinger | (414) 225-1492 Direct Dial |
| | (414) 278-3692 Direct Fax |
| | sschellinger@dkattorneys.com |
| | |
| Aaron E. Hall | (414) 225-1411 Direct Dial |
| | (414) 278-3611 Direct Fax |
| | ahall@dkattorneys.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2016, this document was electronically filed via the Court's authorized electronic filing service which will send notifications of filing to all counsel of record.

          /s/ Susan G. Schellinger
          Susan G. Schellinger