IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY HALEY and MICHAEL HALEY,
LESLIE BANKS and JAMES HAL BANKS,
ANNIE BUINEWICZ and BRIAN BUINEWICZ,
TERRANCE McIVER AND JEAN ANN McIVER,
SUSAN SENYK, CHRISTIAN SENYK,
GARY SAMUELS, PATRICIA GROOME,
MATTHEW DELLER, RENEE DELLER
and MARIE LOHR, on behalf of themselves and
all others similarly situated,

                                                              JUDGMENT IN A CIVIL CASE

          Plaintiffs,

                                                            Case No. 14-cv-99-bbc

     v.

KOLBE & KOLBE MILLWORK CO., INC.,

          Defendant,

    and

FIREMAN'S FUND INSURANCE COMPANY
and UNITED STATES FIRE INSURANCE COMPANY,

          Intervenor Defendants.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kolbe & Kolbe Millwork Co., Inc. declaring that intervenor defendants United States Fire Insurance Company and Fireman's Fund Insurance Company have a duty to defend defendant Kolbe in this case.

Approved as to form this **3d** day of November, 2017.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_                                          11/3/17
Peter Oppeneer                                          Date
Clerk of Court